**ROTHMAN ROCCO LARUFFA, LLP**
3 West Main Street – Suite 200
Elmsford, New York 10523
T: (914) 478-2801
F: (914) 478-2913
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED SERVICE WORKERS UNION, LOCAL 355, INTERNATIONAL UNION OF JOURNEYMEN AND ALLIED TRADES; UNITED WELFARE FUND – SECURITY DIVISION AND THE TRUSTEES THEREOF; UNITED WELFARE FUND – WELFARE DIVISION AND THE TRUSTEES THEREOF; LOCAL 355, USWU JOINT APPRENTICESHIP TRAINING FUND, and, USWU LABOR MANAGEMENT CORPORATION FUND,

Petitioners,

-against-

AERO MECHANICAL OF NY, INC.,

Respondent.

------------------------------------------------------------- x

Civil Action No.: 22-CV-01976 (BMC)

**JUDGMENT**

This action having been commenced on April 6, 2022 by the filing of a Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent Aero Mechanical of NY, Inc. via the Secretary of State on April 20, 2022, and proof of service having been duly filed with the Court on May 4, 2022, and the Respondent having failed to answer or move with respect to the Petition and the time to answer or move with respect to the Petition having expired, and the Clerk of this Court having entered default on June 17, 2022, and Petitioners having filed a motion for default judgment on notice to the Respondent on June 30, 2022, and this Court having ~~reviewed~~ granted the motion for default judgment ~~and~~ ,xxx

~~Respondent's answering papers thereto, if any,~~ it is now hereby:

and
**ORDERED, ADJUDGED ~~AND DECREED~~,** that Petitioners have ~~a~~ judgment against ~~the Respondent in accordance with the arbitration award of October 18, 2021 compelling~~ Respondent ~~to pay~~ in the amount of $69,519.81 in delinquent contributions, dues, interest, liquidated damages, attorneys' fees and arbitration costs; together with the filing fee of $402.00 for this Petition to Confirm the Arbitration Award, and the cost of service of the Petition and Summons in the amount of $117.60; aggregating in a judgment for the total sum of $70,039.41, and that Petitioners have execution thereon.

Dated: Brooklyn, NY

July 15, 2022

SO ORDERED:

Digitally signed by Brian M. Cogan

Hon. Brian M. Cogan, U.S.D.J.